

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-12-00325-CV

| | | |
|---|---|---|
| William Blackwood | § | From County Court at Law No. 1 |
| | § | of Tarrant County (2012-004632-1) |
| v. | § | October 3, 2013 |
| Edwin Bunton and Evelyn Bunton | § | Per Curiam |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed as moot. It is ordered that the appeal is dismissed.

It is further ordered that the costs of this appeal are to be paid by the party incurring the same, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM